# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WARREN T. HUNGNESS, SR. & JUDY D. HUNGNESS          Case Number: 05-73338
      112 W. FOURTH STREET                        SSN-xxx-xx-2969 & xxx-xx-2586
      PECATONICA, IL  61063

Case filed on: 7/1/2005
Plan Confirmed on: 8/19/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,550.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | WARREN T. HUNGNESS, SR. | 0.00 | 0.00 | 18.37 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 18.37 | 0.00 |
| 001 | AMCORE BANK | 200.00 | 200.00 | 200.00 | 17.75 |
| 002 | HOMEQ SERVICING CORPORATION | 13,500.00 | 13,500.00 | 13,500.00 | 1,215.05 |
|  | Total Secured | 13,700.00 | 13,700.00 | 13,700.00 | 1,232.80 |
| 002 | HOMEQ SERVICING CORPORATION | 851.27 | 851.27 | 851.27 | 70.91 |
| 003 | CAPITAL ONE BANK (USA) NA | 840.59 | 840.59 | 840.59 | 69.91 |
| 004 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 260.93 | 260.93 | 260.93 | 21.76 |
| 008 | MUTUAL MANAGEMENT SERVICES | 16.74 | 16.74 | 16.74 | 2.31 |
| 009 | MUTUAL MANAGEMENT SERVICES | 21.59 | 21.59 | 21.59 | 2.30 |
|  | Total Unsecured | 1,991.12 | 1,991.12 | 1,991.12 | 167.19 |
|  | Grand Total: | 16,891.12 | 16,891.12 | 16,909.49 | 1,399.99 |

Total Paid Claimant:    $18,309.48
Trustee Allowance:      $1,240.52
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan